**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**



IN THE MATTER OF
KATHLEEN E. ROBESON

MISC. NO. 2:19-mc-119

## STATEMENT OF ASSISTANT UNITED STATES ATTORNEY
## PURSUANT TO LOCAL RULE OF CRIMINAL PROCEDURE 44.1(c)

Pursuant to Rule 44.1(c) of the Local Rules of Criminal Procedure, effective June 8, 2017, Assistant United States Attorney Kathleen E. Robeson herewith files the following information as an Assistant United States Attorney under the sponsorship of Michael B. Stuart, United States Attorney for the Southern District of West Virginia, and a permanent member of the Bar of this Court:

**Appointment as Assistant United States Attorney**. Kathleen E. Robeson was appointed as an Assistant United States Attorney in the Southern District of West Virginia on or about May 12, 2019. She is currently assigned to the United States Attorney's Office located at 300 Virginia Street, East, Room 4000, Charleston, West Virginia.

**Bar Information**. Kathleen E. Robeson is an active member in good standing of the State Bar of Virginia. She was admitted to practice law in Virginia on December 8, 2015. Her bar number is 89526.

Sponsoring Attorney:

MICHAEL B. STUART
United States Attorney
300 Virginia Street, East, Suite 4000
Charleston, WV  25301

Sponsored Assistant U. S. Attorney:

KATHLEEN E. ROBESON
Assistant United States Attorney
300 Virginia Street, East, Suite 4000
Charleston, WV  25301